PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4864
    Facsimile: (415) 744-0134
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JEFFREY SCOTT BRONSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:23-cv-01219-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 18) |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended fifteen (15) days from February 20, 2024, up to and including March 6, 2024.  This is Defendant's first stipulation for an extension of the Court's Scheduling Order.  Defendant requests this extension because this case was recently reassigned to undersigned counsel for Defendant and is currently due February 20, 2024.  However, counsel already has another brief due on that same day and six others due in February.  Thus, Defendant requires an extension in this case, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

Dated:  February 5, 2024                     /s/  Dolly Marlo Trompeter*
                                              DOLLY MARLO TROMPETER
                                              Attorney for Plaintiff
                                              *as authorized via e-mail on February 2, 2024

Dated: February 5, 2024                      PHILLIP TALBERT
                                              United States Attorney
                                              MATHEW W. PILE
                                              Associate General Counsel
                                              Office of Program Litigation, Office 7
                                              Social Security Administration

                                By:     /s/  Mary Tsai
                                              MARY TSAI
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation and unopposed motion (Doc. 18), IT IS SO ORDERED that Defendant shall have an extension, up to and including March 6, 2024, to respond to Plaintiff's motion for summary judgment. All other deadlines in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:  **February 6, 2024**                       /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE